## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,    :
:
v.    :
:    Case No.: 7:21-CR-00021 (WLS-TQL)
:
TIMPERIN WHITE,    :
:
:                  :
    Defendant.    :
:

## ORDER

A sentencing hearing was scheduled for Defendant Timperin White on the morning of September 29, 2022. (*See* Docket). Defendant White's Counsel, however, contacted the Court that morning, explaining he woke up ill and could not attend Defendant's sentencing hearing. So, once Defendant arrived at the courtroom, the Court notified Defendant that his Counsel was ill and that the Court cannot proceed with Defendant's sentencing hearing without his Counsel. The Court assured Defendant that his sentencing hearing will be reset by the Court's Order.

Accordingly, it is **ORDERED** that the sentencing hearing of Defendant White, which was initially scheduled for September 29, 2022, is **CONTINUED**. The hearing shall be rescheduled by a separate Order.

**SO ORDERED**, this <u>29th</u> day of September 2022.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**